c COPY

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUN -5 AM 11:00
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
                Plaintiff(s)

vs

RICHARD P. HEIDENFELDER, M.D.,
                Defendant(s)

SUMMONS IN A CIVIL ACTION

Case No. '08 CV 1001 W CAB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon
PLAINTIFFS ATTORNEY

Mary C. Lundberg                        and
Assistant U.S. Attorney
880 Front Street, Room 6293
San Diego, CA  92101

An answer to the complaint which is herewith served upon you, with 20 days after service of this summon upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr                        JUN 0 5 2008
CLERK                                                DATE

C. ROTTMANN
By     , Deputy Clerk