USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 3:08-cv-01001-W-CAB    Document 3    Filed 06/13/2008    Page 1 of 1

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 08CV1001W(CAB) |
| DEFENDANT | TYPE OF PROCESS |
| Richard P. Heidenfelder, M.D. | Summons and Complaint |

FILED
2008 JUN 13 AM 8:43
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Richrad P. Heidenfelder, M.D.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
4250 4th Avenue, Apt. 119, San Diego, CA 92103

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U.S. Attorney's Office
Financial Litigation Unit

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please contact Joann Blas at (619) 557-7466.

RECEIVED 2008 JUN -5 PM
U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

Signature of Attorney other Originator requesting service on behalf of:
Joann Blas, Legal Assistant    ☑ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (619) 557-7466
DATE: 6/5/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 98
District to Serve No.: 98
Signature of Authorized USMS Deputy or Clerk: Abbott
Date: 6/6/08

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):
760 Cabrillo Rd.
Coronado, CA

Date: 6-11-08
Time: 1215 ☒ pm

Signature of U.S. Marshal or Deputy: 4132

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00