1  KAREN P. HEWITT
   United States Attorney
2  MARY C. LUNDBERG
   Assistant U. S. Attorney
3  California State Bar No. 120630
   Office of U.S. Attorney
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (619) 557-7466

6

7  Attorneys for Plaintiff
   United States of America

8

FILED

08 JUL 30 AM 10:40

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                    DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICHARD P. HEIDENFELDER, M.D., ) <br> ) <br> Defendant. ) | Civil No. 08CV1001W(CAB) <br><br> DECLARATION AND REQUEST FOR DEFAULT AND DEFAULT JUDGMENT |

I, MARY C. LUNDBERG, Assistant U. S. Attorney for the Southern District of California, request the entry of default and default judgment against the defendant for the following reasons:

1. Defendant was served with copies of the summons and complaint in this action on June 11, 2008.

2. Defendant has served no answer nor other defense upon counsel for the plaintiff and has failed to appear.

///
///
///
///
///

MCL:2006A36528

3. The Financial Litigation Unit has accessed the Defense Manpower Data Center (DMDC) to verify the defendant's military status and according to available records and my best information and belief, defendant is not a member of the Armed Forces or in military service within the purview of the Soldiers' and Sailors' Relief Act of 1940, as amended, and is not an infant or incompetent.

4. No stipulation or order has been made extending the time of the defendant to plead or otherwise defend.

5. The claim of the plaintiff is for a sum certain. The amount owing is:

| | |
|---|---|
| Principal | $13,927.00 |
| Interest at the rate of 13.25% per annum from 7/01/99 | $ 6,378.34 |
| Cost of processing and handling pursuant to 28 U.S.C. § 3717(e)(1) | $0.00 |
| Filing fees allowed pursuant to 28 U.S.C. § 2412(a)(2) | $350.00 |
| SUBTOTAL | $20,655.34 |
| Costs incurred in this action | $20.00 |
| TOTAL | $20,675.34 |

Interest at the current legal rate will accrue upon entry of judgment and will be compounded annually until paid in full, pursuant to 28 U. S. C. § 1961(b).

I declare under penalty of perjury that the foregoing is true.

DATED: July 28, 2008

MARY C. DUNDBERG
Assistant U.S. Attorney