KAREN P. HEWITT
United States Attorney
MARY C. LUNDBERG
Assistant U. S. Attorney
California State Bar No. 120630
Office of U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7466

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD P. HEIDENFELDER, M.D.,<br><br>    Defendant. | Civil No. 08CV1001W(CAB)<br><br><br>JUDGMENT |

The complaint in this action was filed on June 5, 2008. After due service of process on the defendant according to law, no appearance, answer or other defense has been served or filed on behalf of the defendant. Default was duly entered on  7/30/08  .

By reason of this default, IT IS ORDERED that the plaintiff recover from the defendant, the total of $13,927.00 principal, $6,378.34 interest, $.00 costs for processing and handling defendant's claim pursuant to 31 U.S.C. § 3717(e)(1), and $350.00. filing fees allowed pursuant to 28 U.S.C. § 2412(a)(2), prayed for in the complaint, together with court costs of $20.00, a total of $20,675.34.

///

///

MCL:2006A36528

1  Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

2  DATED: JUL 30 2008

3

4  W. SAMUEL HAMRICK, JR.
   Clerk, U. S. District Court

5  S/ K. JOHNSON

6  By_____
   Deputy

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28