UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 AUG -7 PM 2:23
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
_____DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Civil No. 08CV1001W(CAB) |
| Plaintiff, ) | |
| v. ) | P R A E C I P E |
| ) | |
| RICHARD P. HEIDENFELDER, M.D., ) | |
| Defendant. ) | |

TO THE CLERK:

Please issue an Abstract of Judgment.

Joann Blas
Legal Assistant
Ext. 7466

Date issued: AUG - 7 2008

CRIM_36

Abstract issued on 8/7/08